# AFFIDAVIT OF SERVICE

| Case: 18 CV 1695 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | County: | Job: 2123764 |
|---|---|---|---|
| Plaintiff / Petitioner: SETH CHARLES BEN HAIM, ET AL. | | Defendant / Respondent: THE ISLAMIC REPUBLIN OF IRAN, ET AL. | |
| Received by: LEGAL DOCUMENT MANAGEMENT, INC. | | For: THE BERKMAN LAW OFFICE, LLC | |
| To be served upon: THE BOEING COMPANY | | | |

I, BARRY A. SAVAGE, SR., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: THE BOEING COMPANY C/O AUTHORIZED AGENT, CORPORATION SERVICE COMPANY by serving VINCE DILLIVAN, Clerk and Authorizewd Agent, 222 S. RIVERSIDE, SUITE 2300, CHICAGO, IL 60606

Manner of Service: Corporation, Mar 27, 2018, 11:41 am CDT

Documents:
1) CITATION TO DISCOVER ASSETS TO THIRD PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 29
2) CITATION NOTICE
3) CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT
4) JUDGMENT

Additional Comments:
1) Successful Attempt: Mar 27, 2018, 11:41 am CDT at 222 S. RIVERSIDE, SUITE 2300, CHICAGO, IL 60606 received by THE BOEING COMPANY C/O AUTHORIZED AGENT, CORPORATION SERVICE COMPANY by serving VINCE DILLIVAN, Clerk and Authorizewd Agent. Age: 36; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 6'; Hair: brown/grey;

Note: I attempted to serve The Boeing Company at 100 N. RIVERSIDE PLAZA, CHICAGO, IL 60606 - the security guard called the Legal Dept. but they refused service and directed me to CSC, their agent for service of process at 222 S. Riverside, Suite 2300, Chicago, IL.

_[signature]_
#0129-269087
03/30/18

BARRY A. SAVAGE, SR.      Date
0129-269087

LEGAL DOCUMENT MANAGEMENT, INC.
221 North LaSalle Street, Suite 1906
Chicago, IL 60601

Subscribed and sworn to before me by the affiant who is personally known to me.

_[signature]_
Notary Public

3-30-18
Date      Commission Expires

OFFICIAL SEAL
EDEN YURGIL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/03/20