## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

-----------------------------------------------------------------X

SETH CHARLES BEN HAIM, *et al.*,

                Plaintiffs,

    -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

-----------------------------------------------------------------X

Docket No: 18-cv-1695

Hon. Ronald A. Guzman

Return date: April 24, 2018
Time: 9:30 a.m.

### CITATION NOTICE

**Name and Address of Court:**
United States District Court for the Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Last Known Address of Judgment Debtors:**
The Islamic Republic of Iran and Ministry of Information and Security
Ministry of Foreign Affairs
Khomeini Avenue, United Nations Street
Teheran, Iran

**Address of Judgment Creditors:**
*C/o their attorneys*
Robert J. Tolchin, Esq.
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Tel. 718-855-3627
Email: rtolchin@berkmanlaw.com



**Name of Person to Receive Citation:**
THE BOEING COMPANY
100 North Riverside Plaza
Chicago, Illinois 60606-1596

**Amount of Judgment:**

A judgment in favor of SETH KLEIN BEN HAIM in the amount of $11,000,000 for compensatory damages, in favor of BERNARD KLEIN BEN HAIM in the amount of $3,500,000 for compensatory damages, and in favor of LAVI KLEIN BEN HAIM in the amount of $1,500,000 for compensatory damages, against THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, was entered in the United States District Court for the District of Columbia on March 24, 2006 and registered in the United States District Court for the Northern District of Illinois, Eastern Division on March 7, 2018. The amount of the judgment currently due and unpaid is $11,000,000, plus interest.

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

-2-

1.     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

2.     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

3.     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

4.     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

5.     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also

has the right to seek a declaration at an earlier date, by notifying the clerk in writing at Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

I certify that this Citation Notice was sent by first class mail, postage prepaid to the judgment debtor within three business days of the service upon the cited party.

Dated:   Brooklyn, New York
         March 21, 2018

Preparing attorney:

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: _____
      Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

SPERLING & SLATER
Robert D. Cheifetz, Esq.
Daniel Shmikler, Esq.
*Local counsel for plaintiffs*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
312-641-3200